■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KIRK ROBINSON, Appellant, v SONNY SCHRIVER, as Superintendent of Wallkill Correctional Facility, Respondent. [633 NYS2d 1001] —In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Orange County (Owen, J.), dated May 3, 1994, which denied the writ.

Ordered that the judgment is affirmed, without costs or disbursements.

We have reviewed the record and agree with the petitioner's assigned counsel that there are no non-frivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Sullivan, J. P., Thompson, Copertino, Krausman and Florio, JJ., concur.

(November 13, 1995)

■ AHMED ALKIFI et al., Appellants, v ARVERNE ASSOCIATES et al., Respondents. [634 NYS2d 391] —Appeal by the plaintiffs from an order of the Supreme Court, Queens County (Smith, J.), dated May 11, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Smith at the Supreme Court. Sullivan, J. P., Thompson, Copertino, Krausman and Florio, JJ., concur.

■ WILLIAM M. ANNICARO, Plaintiff, v STRUCTURETONE, Defendant, and ZALE CORPORATION, Defendant and Third-Party Plaintiff. SUNARHAUSERMAN, Third-Party Defendant-Respondent; RED BALL INTERIOR DEMOLITION CORP., Third-Party Defendant-Appellant. [634 NYS2d 391] —Appeal by the second third-party defendant from an order of the Supreme Court, Orange County (Owen, J.), dated July 7, 1994.

Ordered that the order is affirmed, with costs to the third-party defendant second third-party plaintiff-respondent, for reasons stated by Justice Owen at the Supreme Court. Balletta, J. P., Pizzuto, Joy and Altman, JJ., concur.